```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 09959
   MARY L PORK
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-4049


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/18/2005 and was confirmed 05/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  62.25% from remaining funds.

     The case was paid in full 08/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
NUVELL CREDIT CO LLC       UNSECURED         8079.46          .00       5029.22
ECONOMY FURNITURE          SECURED            500.00          .00        500.00
ECONOMY FURNITURE          UNSECURED         1835.10          .00       1141.65
HOMEQ SERVICING            CURRENT MORTG        .00           .00           .00
ARONSON FURNITURE          SECURED            150.00          .00        150.00
ARONSON FURNITURE          UNSECURED OTH      840.00          .00        523.53
CPS                        SECURED NOT I NOT FILED            .00           .00
CPS                        UNSECURED      NOT FILED           .00           .00
ADVANCE TILL PAYDAY        UNSECURED          630.40          .00        392.41
AMERICASH                  UNSECURED      NOT FILED           .00           .00
AT & T WIRELESS            UNSECURED      NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED           .00           .00
AT & T WIRELESS            UNSECURED          829.61          .00        516.41
AT &T WIRELESS             NOTICE ONLY    NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED          820.31          .00        510.62
CHECK INTO CASH            UNSECURED      NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED           .00           .00
TRIAD FINANCIAL            UNSECURED         10798.57         .00       6721.79
PREMIER BANCARD CHARTER    UNSECURED          363.05          .00        225.99
MRS ASSOCIATES             NOTICE ONLY    NOT FILED           .00           .00
GROLIER ENTERPRISES        UNSECURED      NOT FILED           .00           .00
HEIGHTS FINANCE            UNSECURED         3775.00          .00       2349.82
ILLINOIS TITLE LOANS       UNSECURED      NOT FILED           .00           .00
NUVELL CREDIT CO LLC       UNSECURED      NOT FILED           .00           .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED           .00           .00
PROVIDIAN                  UNSECURED      NOT FILED           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED         1960.37          .00       1220.27
CAPITAL MANAGEMENT SERVI   NOTICE ONLY    NOT FILED           .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED           .00           .00
CAPITAL MANAGEMENT SERVI   NOTICE ONLY    NOT FILED           .00           .00
CAPITAL ONE                NOTICE ONLY    NOT FILED           .00           .00
WESTMORELAND AGENCY        NOTICE ONLY    NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 09959 MARY L PORK
```

```
SEVENTH AVENUE           UNSECURED          292.11              .00         181.83
MERCHANTS CREDIT GUIDE C NOTICE ONLY   NOT FILED                .00            .00
HOMEQ SERVICING          SECURED NOT I  10998.91                .00            .00
ZALUTSKY & PINSKI LTD    REIMBURSEMENT    194.00                .00         194.00
AMERICASH LOANS LLC      UNSECURED         371.79               .00         231.43
ILLINOIS DEPARTMENT OF R PRIORITY          267.00               .00         267.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN               TRUSTEE                                          1,444.03
DEBTOR REFUND            REFUND                                             912.00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                25,212.00

PRIORITY                                           461.00
SECURED                                            650.00
UNSECURED                                       19,044.97
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,444.03
DEBTOR REFUND                                      912.00
                       ---------------         ---------------
TOTALS                 25,212.00                25,212.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 11/20/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE